JOHN C. CRISPIN AND MICHELLE CRISPIN v.
VOLKSWAGENWERK, A.G.

May 31, 1983.

Leave to appeal granted.

STATE OF NEW JERSEY v. GEORGE MARTINEZ.

May 31, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DOMINGO MENDEZ.

May 31, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. RALPH GRIFFITH, JR.

May 31, 1983.

Petition for certification denied.